

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00554-CV

**SPRINGER RANCH, LTD.**,
Appellant

v.

O.F. **JONES** III, Margaret Matthews, Ethel Matthews Rust, Ethel Matthews Rust as the
Guardian/Trustee for Elizabeth Matthews, and Rosalie Matthews Sullivan,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-08-00129-CVL
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

It is ORDERED that appellees, O.F. Jones III, Margaret Matthews, Ethel Matthews Rust,
Ethel Matthews Rust as the Guardian/Trustee for Elizabeth Matthews, and Rosalie Matthews
Sullivan, recover the costs of this appeal from appellant, Springer Ranch, Ltd.

SIGNED December 20, 2013.

_____
Luz Elena D. Chapa, Justice